IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON ANN BRAGG MIXON                                    PLAINTIFF


v.                              CASE NO. 08-cv-1066


MICHAEL J. ASTRUE
Commissioner, Social Security Administration              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on August 11, 2009 by the
Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.
(Doc. 24). Ten (10) days have passed without objections being filed by the parties. The Court adopts
*in toto* the Magistrate's findings and recommendations.

Accordingly, the Court finds that the Administrative Law Judge's determination should be
and hereby is **REVERSED** and **REMANDED** for further consideration of Plaintiff's medical
records, and if necessary, the Administrative Law Judge should order additional tests in order to
evaluate Plaintiff's alleged disability.

**IT IS SO ORDERED**, this 31st day of August, 2009.


  /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge